IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01021-CMA-KLM

TODD STOCKTON and
JOLYNN STOCKTON, a married couple,

      Plaintiffs,

v.

LELAND NATIONAL GOLD EXCHANGE, INC., a Nevada corporation,
STEPHEN M. THOMPSON, an individual;
DOUG MEARS, an individual; and,
SONNY DEANGELIS, an individual.

      Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBIT

---

It is stipulated that at the conclusion of the hearing on September 2, 2010,

counsel for Plaintiffs shall retain custody of Plaintiffs' Exhibit 1 until such time as all

need for the exhibit has terminated and the time to appeal has expired or all appellate

proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this __2__ day of September, 2010.

BY THE COURT:

_____
Christine M. Arguello, Judge

_____
Counsel for Plaintiffs