IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01021-CMA-KLM

TODD STOCKTON, and
JOLYNN STOCKGON, a married couple,

    Plaintiffs,

v.

LELAND NATIONAL GOLD EXCHANGE, INC., a Nevada corporation,
STEPHEN M. THOMPSON, an individual,
DOUG MEARS, an individual, and
SONNY DEANGELIS, an individual,

    Defendants.

## DEFAULT JUDGMENT

PURSUANT to and in accordance with the Order Granting Plaintiffs' Motion for Entry of Default and Default Judgment, entered by the Honorable Christine M. Arguello on September 16, 2010, incorporated herein by reference, it is

ORDERED that the Motion for Default Judgment is GRANTED.  It is

FURTHER ORDERED that judgment is entered in favor of Plaintiffs Todd Stockton and Jolynn Stockton and against Defendants Leland National Gold Exchange, Inc., Stephen M. Thompson, and Doug Mears in the amount of $180,000.00 for damages pursuant to C.R.S §§ 11-51-501 and 11-51-604, including treble damages pursuant to 6-1-113.  It is

10-cv-01021-CMA-LKM
Judgment

FURTHER ORDERED that Plaintiffs Todd Stockton and Jolynee Stockton are awarded $21,572.46 in attorneys' fees; $2,399.00 as interest; and $890.46 as costs. It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of  0.26%  from date of entry of this Judgment.

DATED at Denver, Colorado September  17th  , 2010.

FOR THE COURT:

Gregory C. Langham, Clerk


By: s/ Edward P. Butler
    Edward P. Butler
    Deputy Clerk